# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **LORI A. CASSEL, et al.,** | : | |
| Defendants | : | No. 12-784 |

## ORDER

**AND NOW**, this 10th day of June, 2013, upon consideration of Plaintiff's Motion for Alternate Service (Doc. No. 18), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff shall serve Defendant, Lori A. Cassel, by:

1. Regular & Certified mail to:

    a. 1210 Iron Bridge Road, Columbia, PA 17512.

2. Posting on:

    a. 1210 Iron Bridge Road, Columbia, PA 17512.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge