**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LORI A. CASSEL, et al.,** | : | |
| **Defendants** | : | **No. 12-784** |

**ORDER**

**AND NOW**, this 10th day of June, 2013, upon consideration of Plaintiff's Motion for

Alternate Service (Doc. No. 18), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff shall serve Defendant, Lori A. Cassel, by:

1. Regular & Certified mail to:

    a. 1210 Iron Bridge Road, Columbia, PA 17512.

2. Posting on:

    a. 1210 Iron Bridge Road, Columbia, PA 17512.


                    BY THE COURT:


                    S/Gene E.K. Pratter
                    GENE E.K. PRATTER
                    United States District Judge