IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LORI A. CASSEL, et al., | : | No. 12-784 |
| Defendants | : | |

## ORDER

**AND NOW**, this 11th day of September, 2018, upon consideration of Plaintiff's Amended Application for Distribution of Proceeds (Doc. No. 29) and the Schedule of Distribution attached to this Order, as well as prior orders of this Court granting Plaintiff's Motion for Default Judgment, providing for sale of the Property located at 1210 Iron Bridge Road, Columbia, PA 17512 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, and there having been no opposition filed after notice was provided concerning Plaintiff's Application for an order authorizing the sale referred to herein, it is hereby **ORDERED** that Plaintiff's Amended Application (Doc. No. 29) is **GRANTED** and the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by the Clerk. The U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>LORI A. CASSEL<br>DONALD L. CASSEL<br><br>Defendants | CIVIL NO. 12-00784 |

## A. AMENDED SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................................ $78,000

Amount of cash received................................................................$78,000

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2012A23671.....................................................$78,000

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6327